# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 19, 2008

Charles R. Fulbruge III
Clerk

No. 07-60626
Summary Calendar

DON PARKER

Plaintiff-Appellant

v.

TYSON FOODS INC; RICHARD SHEWMAKER, Individually

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The District Court granted summary judgment in favor of Defendants-Appellees Tyson Foods, Inc. et al., and declined to exercise supplemental jurisdiction over Plaintiff-Appellant Don Parker's state law claims. Accordingly, the District Court dismissed Parker's federal claims with prejudice and his state law claims without prejudice. We affirm for essentially the same reasons given in the July 9, 2007, Memorandum Opinion and Order of the District Court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.